IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:12-cr-00205-3 |
| v. ) | |
| ) | Judge Nixon |
| JUAN TELLO-LEYNES ) | |

## ORDER

An ex parte status conference in this case is currently set for **August 16, 2013,** at **10:00 a.m.** The Court **CONTINUES** the status conference to **August 26, 2013**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 15 day of August, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT